IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-40761

---

SONYA B. COFFMAN,

Plaintiff-Appellee,

versus

PROVOST UMPHREY, LLP; WALTER UMPHREY, PC;
T. WALTER UMPHREY,

Defendants-Appellants.

---

Appeal from the United States District Court
For the Eastern District of Texas
(1:99-CV-628)

---

March 7, 2002

Before HIGGINBOTHAM, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We affirm for essentially the reasons stated by the trial court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.